UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HATSADY SABOUATHONE

VERSUS

MELLISSA HARPER, ET AL.

CIVIL ACTION

No. 26-45-JWD-RLB

## ORDER

Petitioner Hatsady Sabouathone, who is representing himself (proceeding *pro se*), has filed a Motion to Appoint Counsel. (R. Doc. 2). This habeas case is different from a criminal case—there is no constitutional right to counsel in federal habeas proceedings. *Coleman v. Thompson*, 501 U.S. 722, 752 (1991). However, the Criminal Justice Act authorizes the Court to appoint counsel for a financially eligible person when the "court determines that the interest of justice so require." 18 U.S.C. § 3006A(a)(2)(B). The Court will deny the Motion to Appoint Counsel **for now**, because the interests of justice do not require appointed counsel at this stage.

However, depending on the progress of this case, it may become so complex as to require the appointment of legal representation. *See Bonitto v. Bureau of Immigr. & Customs Enf't*, 547 F. Supp. 2d 747, 755 (S.D. Tex. 2008). If the Court decides that a hearing is necessary, it will appoint counsel at that time. And so,

**IT IS ORDERED** that the Motion to Appoint Counsel (R. Doc. 2) is **DENIED without prejudice**—meaning that the Court may appoint counsel at a later time if it becomes necessary. Signed in Baton Rouge, Louisiana, on February 5, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**